AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| RICHARD NICHOLAS ACOSTA, SR. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:14-cv-01422 BAM |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| *Defendant* ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☒ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: 9/12/2014                                         /s/ Barbara A. McAuliffe
                                                        *Judge's signature*

                                                        Barbara A. McAuliffe, United States Magistrate Judge
                                                        *Printed name and title*