SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RICHARD NICHOLAS ACOSTA, SR, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security <br><br> Defendant. | No.  1:14-CV-01422-BAM <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening Brief in the above-referenced case is hereby extended from the present due date of April 27, 2015, by thirty days, to the new due date of May 27, 2015, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff's attorney is currently out on maternity three weeks earlier than she had planned.

///

///

///

///

1

| | |
|---|---|
| DATED: April 20, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |
| /s/ Shellie Lott<br>SHELLIE LOTT,<br>Attorney for Plaintiff | /s/ Esther Kim<br>ESTHER KIM,<br>(As authorized via E-mail on 04/19/15)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including **May 27, 2015**, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the September 12, 2014 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **April 20, 2015**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE