BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8922
    Facsimile: (415) 744-0134
    E-Mail: Esther.H.Kim@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| RICHARD NICHOLAS ACOSTA, SR. | Case No.: 1:14-cv-01422-BAM |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's Opening Brief. Defendant's Counsel requests this extension to discuss with her client regarding the

issues in this case. Upon issuance of this order, Defendant will have until July 29, 2015 to file her opposition to Plaintiff's Brief.

    This is the Commissioner's first extension request.

                      Respectfully submitted,

Dated: June 29, 2015        BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                      By:    /s/ *Esther Kim*
                                Esther Kim
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

Dated: June 29, 2015
                                /s/ *Shellie Lott*
                                Shellie Lott
                                (as authorized via email)
                                Attorney at Law
                                Attorney for Plaintiff

## **ORDER**

    Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including **July 29, 2015**, in which to file Defendant's opposition to Plaintiff's Opening Brief.

IT IS SO ORDERED.

    Dated: **June 30, 2015**                /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28