BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8922
    Facsimile: (415) 744-0134
    E-Mail: Esther.H.Kim@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| RICHARD NICHOLAS ACOSTA, SR.,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:14-cv-01422-BAM<br><br>**STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to update the record and further consider Plaintiff's physical medically determinable impairments at steps 2 and 3 of the sequential evaluation process, and in so doing, obtain consultative expert evidence to assist by providing a longitudinal overview

of the nature, severity, and limiting effects of Plaintiff's physical medically determinable impairments throughout the period at issue; further evaluate all of the medical opinions of record, and give reasons for the weight assigned, further evaluate Plaintiff's maximum residual functional capacity with citations to evidence of record in support of the assessed limitations, and at step five, obtain supplemental vocational expert evidence and resolve any conflicts between the vocational expert testimony and the Dictionary of Occupational Titles.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 21, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Esther Kim*
Esther Kim
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: July 21, 2015

 */s/ Shellie Lott*
Shellie Lott
(as authorized via email)
Attorney at Law
Attorney for Plaintiff

///

///

///

**ORDER**

Pursuant to the Stipulation of the parties (Doc. 18), it is hereby ORDERED this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.

IT IS SO ORDERED.

Dated:   **July 22, 2015**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE