SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706


Attorney for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| RICHARD NICHOLAS ACOSTA, SR. | Case No.:  1:14-cv-01422-BAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA plus COSTS in the amount of THREE THOUSAND NINE HUNDRED AND THIRTY-FOUR DOLLARS AND TWENTY-FOUR ($3,934.24).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY COSTS AND FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

assignment will depend on whether the fees and expenses are subject to any offset allowed under

the United States Department of the Treasury's Offset Program.  After the order for EAJA fees

and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

determines that Plaintiff does not owe a federal debt, then the government shall cause the

payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the

assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

attorney fees and expenses, and does not constitute an admission of liability on the part of

Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  October 13, 2015          /s/ Shellie Lott
                                  SHELLIE LOTT
                                  Attorney for Plaintiff


                                  BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Regional Chief Counsel

Date:  October 13, 2015           /s/ Esther Kim
                                  (As authorized via email on 10/13/15)
                                  ESTHER KIM
                                  Special Assistant United States Attorney

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY COSTS AND FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**ORDER**

Based upon the parties' Stipulation for the Award of Attorney Fees pursuant to the Equal Access to Justice Act filed on October 13, 2015 ("Stipulation"), IT IS HEREBY ORDERED that fees in the amount of $3,934.24 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **October 15, 2015**

/s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY COSTS AND FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)